IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO. 7:18-CV-00013-D

In the Matter of:

CAROLINA FISHING ADVENTURES, LLC, as Owner of the *M/V WILD ROVER III*, Official No. 1460169, her engine, tackle, apparel, appurtenances, etc.

For Exoneration from or
Limitation of Liability

## ENTRY OF DEFAULT AGAINST NON-APPEARING PARTIES

THIS CAUSE having come before the undersigned Clerk of Court on Limitation Plaintiff's Motion for Entry of Default, and having reviewed the record herein, the undersigned finds that:

1. Limitation Plaintiff filed on January 16, 2018, a Verified Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501, *et. seq.*, and Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure, for any loss, injury, expense, damages, demands, or claims whatsoever in consequence of or arising out of or connected with the incident following the 4:00 a.m. charter excursion of the M/V WILD ROVER III on June 10, 2017, from Carolina Beach, North Carolina.

2. Pursuant to Supplemental Rules for Certain Admiralty and Maritime Claims Rule F of the Federal Rules of Civil Procedure, an Order Approving Ad Interim Stipulation and Directing Issuance of Notice and Restraining Prosecution of

Claims (DE #8) and a Notice of Claimants of Complaint for Exoneration from or Limitation of Liability (DE #9) were duly issued and entered by the Court on January 29, 2018, ordering notice to all persons asserting claims with respect to which the Verified Complaint seeks limitation arising from the alleged injuries and/or damages to in connection with the incident following the 4:00 a.m. charter excursion of the M/V WILD ROVER III on June 10, 2017, from Carolina Beach, North Carolina, citing that all persons having such claims must file them as provided in Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk, United States District Court, Eastern District of North Carolina, Southern Division, and serve on or mail to Limitation Plaintiff's attorney, copies thereon on or before **March 17, 2018,** or be defaulted, and directed any claimant desiring to contest the right of Limitation Plaintiff to exonerate from or the right of Limitation Plaintiff to limitation of liability to file an answer to the Verified Complaint, as required by the aforesaid Supplemental Rule F, and serve on or mail to Limitation Plaintiff's attorney a copy thereof, unless claimant's claim has included an answer; and further ordering that public notice be given by publication thereof in *Wilmington Star News*, Wilmington, North Carolina, as provided by Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and that Limitation Plaintiff shall also mail, not later than the second day of publication, a copy of said public notice to every person, firm, or corporation known to have made

any claim against the M/V WILD ROVER, III, Official No. 1460169, and/or Limitation Plaintiff arising out of said incident.

3. The Notice to Claimants of Action Brought for Exoneration from or Limitation of Liability was duly given and published in *Wilmington Star News* once a week for the four (4) weeks ending **February 25, 2018**, as required by the Court, and a copy of the Notice to Claimants of Complaint for Exoneration from or Limitation of Liability was mailed to every person known to have made any claim against the vessel or the Limitation Plaintiff arising out of the voyage at issue in this matter.

4. Limitation Plaintiff states that the deadline for receipt of claims and answers, March 17, 2018, has expired. Complaint, Claims and/or Answers, Defenses, Counterclaims and/or Crossclaims have been submitted by the following parties:

    a. Laura Heggins

    b. Andrew Strode

5. No other person or party has filed any claims or pleadings in this matter.

THEREFORE, default is hereby entered against all other parties having an interest in this matter, except those listed hereinabove.

This the 20 day of April, 2018.

_____
CLERK OF UNITED STATES DISTRICT COURT